USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDWARD KOEHL,                                   :        10 Civ. 3808 (SHS)

                Plaintiff,           :

    -against-                                 :        ORDER

DR. FREDERICK BERNSTEIN, *ET AL.*,              :

                Defendants.         :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        On June 13, 2012, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation recommending that this case should be dismissed with prejudice and all pending motions should be deemed moot. Plaintiff's objections to the Report and Recommendation were originally due by July 2, 2012, but the Court on June 27, 2012, granted his request to extend the deadline to July 27, 2012 [see dkt. no. 131]. To date, the Court has received no objections from plaintiff. After a *de novo* review of the Report and Recommendation,

        IT IS HEREBY ORDERED that Magistrate Judge Gorenstein's Report and Recommendation is adopted for the reasons set forth therein. The Clerk of Court is directed to close this case and all pending motions [dkt. nos. 77 and 113] are deemed moot.

Dated:  New York, New York
        August 10, 2012

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.